

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00193-CR

Michael Jerome **BOYD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9887
Honorable Steve Hilbig, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 27, 2018.

_____
Marialyn Barnard, Justice